No. 78–561. UNITED STATES *v.* NAFTALIN. C. A. 8th Cir. Certiorari granted. 

No. 77–6949. DUNN *v.* UNITED STATES. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. 

No. 77–1665. BONANNO *v.* UNITED STATES. C. A. 9th Cir.; and

No. 78–156. UNITED STATES *v.* ADDONIZIO ET AL. C. A. 3d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: No. 77–1665, 571 F. 2d 588; No. 78–156, 573 F. 2d 147.

No. 78–349. UNITED STATES *v.* HELSTOSKI; and

No. 78–546. HELSTOSKI *v.* MEANOR, U. S. DISTRICT JUDGE, ET AL. C. A. 3d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 576 F. 2d 511.

No. 78–432. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* WEBER ET AL.;

No. 78–435. KAISER ALUMINUM & CHEMICAL CORP. *v.* WEBER ET AL.; and

No. 78–436. UNITED STATES ET AL. *v.* WEBER ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one and one-half hours allotted for oral argument. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions. Reported below: 563 F. 2d 216.